| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501 | | | | *For Court Use Only*<br>**FILED**<br>JUL 1 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| *Telephone No:* 510 523-4702 | *FAX No:* 510 747-1640 | | | |
| | | *Ref. No. or File No.:*<br>USA v Malu aka Fuka | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| *Plaintiff:* United States of America | | | | |
| *Defendant:* Sela Malu aka S. Malu aka Sela Fuka | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 2075 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. *Party served:*            Sela Malu aka S. Malu aka Sela Fuka
   b. *Person served:*      Leslie Malu

4. *Address where the party was served:*      3004 Jefferson Ave.
                                                    Redwood City, CA 94062

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 09, 2008 at: 8:00PM by leaving the copies with or in the presence of:
                                          Leslie Malu
    (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jul. 09, 2008 from: San Bruno, CA
    (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz
   b. S&R Services                                        d. *The Fee for Service was:*    $55.00
      851 Cherry Avenue #27-105                    e. I am: (3) registered California process server
      San Bruno, CA 94066                                   (i)  Owner
   c. (650) 794-1923, FAX (650) 794-1943               (ii)  Registration No.:    1160
                                                                (iii)  County:            Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jul. 10, 2008                                                        K. Vorsatz
                                                                                     (Kris Vorsatz)

Judicial Council Form POS-010                  **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007        **SUMMONS & COMPLAINT**                                 *micos.5199*